Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA BEALL, | CASE NO.: 2:24-cv-09370-MAA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR DISMISSAL |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: _____5/8/25_____

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-